IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 1 3 2011

GREGORY C. LANGHAM
CLERK

Civil Action No. 11-cv-01718-BNB

MARCO A. ROCHA,

    Plaintiff,

v.

A. ZAVARAS, CDOC Director,
GEORGE W. DUNBAR, BVCC Director,
RHONA MEDFORD, BVCC Hearing Officer
S. DENWALT, BVCC Case Manager,
McFEE, BVCC Sgt.,
EDMONDS, BVCC C/O, and
OTHER UNNAMED UNDER THEIR INDIVIDUAL AND OFFICIAL CAPACITIES,

    Defendants.

## ORDER OF DISMISSAL

Plaintiff, Marco A. Rocha, is a state prisoner and currently is incarcerated at the Colorado Department of Corrections facility in Sterling, Colorado. On August 4, 2011, the Court denied Mr. Rocha leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(g) because he has filed at least three actions that were dismissed as either legally frivolous or for failure to state a claim, and he has failed to set forth specific allegations in this action of ongoing serious physical injury or a pattern of misconduct evidencing the likelihood of imminent serious physical injury. The Court instructed Mr. Rocha to pay the entire $350.00 filing fee within thirty days if he wished to pursue his claims in this action. The Court warned Mr. Rocha that if he failed to pay the filing fee within thirty days the Complaint and the action would be dismissed.

Mr. Rocha now has failed to pay the filing fee within the time allowed. The Complaint and the action, therefore, will be dismissed. Accordingly, it is

ORDERED that the Complaint and the action are dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b) because Mr. Rocha failed to pay the $350.00 filing fee in full within the time allowed.

DATED at Denver, Colorado, this __13th__ day of ___September___, 2011.

BY THE COURT:

s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-01718-BNB

Marco A. Rocha
Prisoner No. 67027
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

    I hereby certify that I have mailed a copy of the **ORDER and JUDGMENT** to the above-named individuals on September 13, 2011

                              GREGORY C. LANGHAM, CLERK

                        By: _____
                                  Deputy Clerk